JS - 6

**FILED: 2/7/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA LIENDO ) <br> ) <br>         Plaintiff, ) <br>   vs. ) <br> ) <br> CITY OF COMMERCE ) <br> ) <br>         Defendants. ) <br> _____ ) | **CASE NO. 13-8231 GHK (Ex)** <br><br> **ORDER OF DISMISSAL** |

The Court having been advised by counsel for the parties that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **FORTY-FIVE(45) DAYS**, to reopen the action if settlement is not consummated. The *scheduling conference* set for Monday, February 10, 2014 is hereby **TAKEN OFF CALENDAR** and the hearing date is **VACATED.**

DATED:  2/7/14

GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE